USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/23/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
| UNITED STATES OF AMERICA, | : | |
| | : | 15-CR-093 (VEC) |
| -against- | : | |
| | : | ORDER |
| | : | |
| SHELDON SILVER, | : | |
| Defendant. | : | |

------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 22, 2016, the parties filed letter briefs under seal regarding whether to disclose a sealed October 16, 2015 oral argument transcript and related sealed filings; and

WHEREAS the Court held oral argument on February 11, 2016, to allow the parties in this case and any interested parties to address the issue of disclosure;

IT IS HEREBY ORDERED that, in accordance with a separate opinion filed under seal on February 23, 2016, the documents will be disclosed with the limited Court-approved redactions on March 2, 2016, unless an interested party seeks an extended stay from the U.S. Court of Appeals for the Second Circuit on or before close of business March 1, 2016. If an interested party seeks a stay from the Second Circuit, the February 23, 2016 sealed opinion and the documents at issue in that opinion will remain under seal until the Second Circuit rules on the request for a stay. *United States v. Martoma*, No. S1 12 CR 973 (PGG), 2014 WL 164181, at *8 (S.D.N.Y. Jan. 9, 2014) (staying order unsealing documents to allow Defendant time to seek an extended stay from the Second Circuit (citing *United States v. Huntley*, 943 F. Supp. 2d 383, 388 (E.D.N.Y. 2013); *United States v. Amodeo*, No. 92 Civ. 7744(RPP), 1994 WL 389172, at *1 (S.D.N.Y. 1994)).

**SO ORDERED.**

Date: February 23, 2016  
New York, New York

_____  
**VALERIE CAPRONI**  
**United States District Judge**