No. 15-cr-093

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/2/16
```



Your Honor for your consideration concerning Sheldon Silver
steven hoffman
to:
caproninysdchambers@nysd.uscourts.gov
05/02/2016 01:45 PM
Hide Details
From: steven hoffman <stevenhoffman53@hotmail.com>

To: "caproninysdchambers@nysd.uscourts.gov" <caproninysdchambers@nysd.uscourts.gov>

For the good of the people of New York, where I was born and raised, I hope you sentence Sheldon Silver to jail time.

It is also an injustice so to speak that he will draw a pension from the state. Please exact some measure of justice for the people of New York.

Thank you for you consideration.
steve hoffman