**advocates for justice**
**chartered attorneys**

225 Broadway, Suite 1902
New York, New York 10007

t. (212) 285-1400
f. (212) 285-1410

www.afjlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   5/2/16

No.15-cr-093

**Arthur Z. Schwartz**
Principal Attorney

aschwartz@afjlaw.com

April 28, 2016

Hon. Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    United States of America v. Sheldon Silver
                 15 Civ. 093 (VEC)

Dear Judge Caproni:

      The undersigned is an attorney who has spent 38 years representing working people in employment and occupational safety matters, and most of the last 21 years as the Democratic District Leader in Greenwich Village, a community that borders that which Sheldon Silver used to represent.

      I do not know whether you have received letters from other elected officials or attorneys, but I have an inkling that you have not, especially from Democratic Party leaders. This sad fact points out exactly why Sheldon Silver should be required to serve the maximum term allowable in prison; a message needs to be sent to the entire political establishment.

      Sheldon Silver is not just one more corrupt politician. He served for all of my time as a party leader as the head of what is supposed to be the State's most democratic body. He was the consistent voice in negotiations over rent laws, land use, voting rights, criminal justice, and environmental regulation. He was a trusted fiduciary, not just of the people who lived in his district but of the people throughout the whole state. His actions touch on billions of dollars in expenditures. And his brazen acts—the collection of over $5 million in bribes, covered up by fraud—tainted every act he has taken as our elected leader for 21 years, and every act of the State Legislature. Sheldon Silver decided which laws would be voted on and which would not. We will never know how much his private greed impacted the laws we live under day to day.

**advocates
for justice
chartered attorneys**

Hon. Valerie E. Caproni
April 28, 2016
Page 2

There is little that one could do worse to weaken society's respect for its government. The injury is irreparable.

  I also speak as a trial lawyer who represents working people. Our profession, I believe, is key to protecting people, be it from discrimination, civil rights violations, occupational hazards, corporate destruction of the environment, or unsafe products. We, as lawyers, are under attack, always because justice is often meted out through financial awards and lawyers who assist people attain justice sometimes make money. Just as Sheldon Silver has brought disrepute to government, so too has he, and those who abetted him, brought shame to those of us in the profession who protect the working men and women of this City and this County as trial lawyers. This injury harms those working men and women who must often entrust their lives and their futures to our profession.

  I urge you to give Sheldon Silver the maximum sentence on each charge for which he has been convicted. And though you, I assume, will order forfeiture, Sheldon Silver—to send a message to those in Albany who may not have learned their lesson—must be stripped of his $79,000-per-year pension. To do less would allow him to benefit, while in prison, from the position of trust which he took unconscionable advantage of.

  Thank you for your consideration.

Respectfully submitted,

Arthur Z. Schwartz, Esq.

cc: Preet Bharara, United States Attorney
   Steven F. Molo, Esq.